```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

WILLIE KEVIN WILLIAMS,           *
(AIS #: 173816)                  *
                                 *
    Plaintiff,                  *
                                 *
vs.                              *   CIVIL ACTION NO.13-00036-WS-B
                                 *
DEBORAH DENISE TILLMAN, *et al.*,*
                                 *
    Defendants.                 *

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 19th of March, 2013.

                              **s/WILLIAM H. STEELE**
                              **CHIEF UNITED STATES DISTRICT JUDGE**