```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**WILLIAM KEVIN WILLIAMS,**  \*
**(AIS #: 173816)**  \*
                               \*
    **Plaintiff,**  \*
                               \*
**vs.**  \*   **CIVIL ACTION NO.13-00036-WS-B**
                               \*
**DEBORAH DENISE TILLMAN,** *et al.*,  \*
                               \*
    **Defendants.**  \*

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 19th of March, 2013.

                                              **s/WILLIAM H. STEELE**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**