IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE KEVIN WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION 13-0036-WS-B ) |
| DEBORAH DENISE TILLMAN, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

It is **ordered**, **adjudged** and **decreed** that this action is **dismissed without prejudice** pursuant to 28 U.S.C. § 1915(g).

DONE this 25th day of June, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE